October 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE NEAL WILLIAMS, Appellant

NO. 14-14-00700-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **RENDERS** judgment of acquittal.

We further order this decision certified below for observance.